# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 89 C 8583 | **DATE** | 6/18/2008 |
| **CASE TITLE** | DAVID STEADING vs. JAMES R. THOMPSON, et al. | | |

**DOCKET ENTRY TEXT**

Local Rule 79.1 provides that exhibits deposited with the Clerk shall be removed by the party responsible for them within 90 days after a final decision is rendered if no appeal is taken from that decision, or where an appeal is taken, within 30 days after the mandate of the reviewing court is filed. Accordingly, Plaintiff David Steading is hereby notified that he shall remove all of his exhibits within 30 days. If Plaintiff fails to remove all of his exhibits within 30 days, the clerk of court is directed to destroy the exhibits.

*[signature: Charles Norgle]*

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|